## 71167. GIBSON v. CITY OF MARIETTA.
(335 SE2d 698)

BANKE, Chief Judge.

This is an appeal from an order dismissing the appellant's petition to superior court for a writ of certiorari to review a decision of the Municipal Court of Marietta. As appellant has failed to follow the discretionary appeal procedures set forth in OCGA § 5-6-35, the appeal must be dismissed. See *Crawford v. Goza,* 168 Ga. App. 565 (310 SE2d 1) (1983).

*Appeal dismissed. McMurray, P. J., and Benham, J., concur.*

DECIDED SEPTEMBER 19, 1985 —
REHEARING DENIED OCTOBER 7, 1985 —

*Carl P. Fredericks,* for appellant.
*Joseph C. Parker, Roger J. Rozen,* for appellee.